# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 158

State of North Dakota,

Plaintiff and Appellee

v.

Michelle Pittsley,

Defendant and Appellant

### No. 20250009

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Lindsey R. Nieuwsma, Judge.

AFFIRMED.

Per Curiam.

Dennis H. Ingold, Assistant State's Attorney (argued), and William D. Franklund (on brief), under the Rule on Limited Practice of Law by Law Students, Bismarck, N.D., for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, N.D., for defendant and appellant.

**State v. Pittsley**
No. 20250009

**Per Curiam.**

[¶1]   Michelle Pittsley appeals from a criminal judgment entered after a jury convicted her of child neglect, a class C felony. On appeal, Pittsley argues that there was insufficient evidence to support her conviction. "In reviewing challenges to the sufficiency of the evidence on appeal, the defendant bears the burden of showing the evidence reveals no reasonable inference of guilt when viewed in the light most favorable to the verdict." *State v. Cahoon*, 2023 ND 178, ¶ 1, 996 N.W.2d 313 (cleaned up). After reviewing the record, we conclude that there was sufficient evidence to support the guilty verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr